FILED IN OPEN COURT
JUN 2 8 2007
CHARLES R. DIARD, JR.
CLERK

DAS/da

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07- _00210-KD_ |
| | * | |
| v. | * | USAO NO: 07R00318 |
| | * | |
| RODRICUS JOHNSON | * | Violation: |
| | * | 18 USC § 922(g)(9) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about May 16, 2006, in the Southern District of Alabama, Southern Division, the

defendant,

## RODRICUS JOHNSON

having been convicted of a misdemeanor crime of Domestic Violence, to-wit: Domestic Violence,

3rd Degree, on April 30, 2003, Mobile County, Alabama, Case Number DV 2002-000827, did

knowingly possess, in and affecting commerce, a firearm, namely, a High Point, .45 caliber semi-

automatic pistol, model JHP, Serial Number X439560.

In violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DEBORAH J. RHODES
UNITED STATES ATTORNEY

by:

_____
D. Andrew Sigler
Assistant U.S. Attorney


_____
Gregory A. Bordenkircher
Assistant U.S. Attorney
Chief, Criminal Division                    JUNE 2007